STATE EX REL. MARTIN, Attorney General, Appellant, vs. SEROOGY, Respondent.

*March 14—April 29, 1946.*

For the appellant there were briefs by the *Attorney General, James Ward Rector,* deputy attorney general, *W. E. Torkelson,* assistant attorney general, and *J. Norman Basten,* district attorney of Brown county, and oral argument by *Mr. Rector.*

*Raymond E. Evrard* of Green Bay, for the respondent.

A brief was filed by *Paul E. Jorgensen* of Racine, attorney for the Tavern League of Wisconsin, Inc., as *amicus curiæ.*

A brief was also filed by *Clarence Simon,* district attorney of Taylor county, as *amicus curiæ.*

BARLOW, J.    This case was argued and submitted with the case of *State ex rel. Martin v. Barrett, ante,* p. 621, 22 N. W. (2d) 663, decided herewith, and is ruled by the decision therein.

*By the Court.*—Judgment reversed, and cause remanded with instructions to enter judgment enjoining defendant from selling, dealing, or trafficking in intoxicating liquor, as demanded in the complaint.

RECTOR, J., took no part.